```
01
02
03
04
05
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO. MJ18-331 |
| Plaintiff, | ) | (District of Oregon No. CR12-382) |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| DELINO JOHN THOMAS SR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>Offense charged</u>:     Supervised Release Violations

<u>Date of Detention Hearing</u>:     July 17, 2018.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant was not interviewed by Pretrial Services, so his background information, is unverified. Defendant is alleged to have absconded from a recovery and

DETENTION ORDER
PAGE -1

intensive treatment program in Oregon with no known release address. Defendant does not contest entry of an order of detention.   Defendant has waived an identity hearing in this District and consented to entry of an Order of Transfer.  Defendant has been advised that he may request review of the entry of this order of detention at his first appearance in the District of Oregon.

    2.    Defendant poses a risk of nonappearance based on lack of background information and the nature of the alleged violations.   Defendant poses a risk of danger based on the nature and circumstances of the offense.

    3.    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending hearing, committed to the custody of the Attorney General for confinement, and transferred to the District of Oregon;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DETENTION ORDER
PAGE -2

DATED this 17th day of July, 2018.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3